# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00290-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT FRANCISCO TO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

　　　　Plaintiff Marcos Casey Guillen III is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed this action to federal court on February 28, 2018.

　　　　On June 22, 2018, the Court found that this action shall proceed against Defendant T. Francisco for violation of Plaintiff's rights under the Free Exercise Clause of the First Amendment, and Defendant Garza was dismissed from the action for failure to state a cognizable claim for relief. (ECF No. 16.) Accordingly, it is HEREBY ORDERED that Defendant T. Francisco shall file an answer or other responsive pleading to the instant complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __June 25, 2018__　　　　　　　　　　　　_/s/ Stanley A. Boone_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1