|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| 11 | MARCOS CASEY GUILLEN III, | Case No.: 1:18-cv-00290-DAD-SAB (PC) |
| 12 | Plaintiff, | |
| 13 | v. | ORDER REGARDING PLAINTIFF'S MOTION REQUESTING COURT OF LEGAL MAIL AND DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE COURT'S DECEMBER 21, 2018 ORDER |
| 14 | T. FRANCISCO, | |
| 15 | Defendant. | [ECF No. 31] |

Plaintiff Marcos Casey Guillen III is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting the Court to send him a copy of the most recent legal mail, filed January 7, 2019. Plaintiff indicates that on December 27, 2018, at approximately 7:15 p.m., the officer distributing the mail did not give him his legal mail. However, on January 3, 2019, Plaintiff received a copy of his confidential/legal mail log reflecting the incoming mail.

Based on Plaintiff's contentions and in the interest of justice, the Court will send Plaintiff courtesy copy of the Court's most recent order dated December 21, 2018, staying the case and setting a settlement conference for March 26, 2019, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. However, Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28

U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. Nonetheless, the Court will make a one-time exception in this circumstance.

Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to send Plaintiff a copy of the Court's December 21, 2018 order (ECF No. 29).

IT IS SO ORDERED.

Dated: **January 9, 2019**

UNITED STATES MAGISTRATE JUDGE