# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>T. FRANCISCO,<br><br>　　　　Defendant. | Case No. 1:18-cv-00290-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ASSISTANCE WITH SAME DAY TRANSPORTATION FOLLOWING THE SETTLEMENT CONFERENCE<br><br>[ECF No. 36] |

Plaintiff Marcos Casey Guillen III is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for assistance with same day transportation following the settlement conference in this case, filed on February 1, 2019.

This case is currently set for a settlement conference on March 26, 2019, before Magistrate Judge Barbara A. McAuliffe.

Plaintiff requests that the Court issue an order directing that he be transported to and from California Correctional Institution (CCI) in Tehachapi on the day of the settlement conference.

Plaintiff is advised that unless he chooses to dismiss his lawsuit, he is obligated to litigate this action which may necessitate, among other things, transportation from his institution to the court or other locations for proceedings at which Defendants may be present. Plaintiff will only be re-housed for a short period of time to accommodate the settlement conference. Further, as Plaintiff was advised

1

in the Court's December 21, 2018 order, manner and timing of his transportation to and from the conference is within the discretion of the CDCR. (ECF No. 29 at 3.) In addition, the settlement conference is scheduled for March 26, 2019, and Plaintiff has plenty of time to comply with any deadlines in his other cases and/or seek any necessary extension of time to do so. Accordingly, Plaintiff's request for a court order directing that he be transported to and from CCI on the day of the settlement conference is denied.

IT IS SO ORDERED.

Dated: **February 4, 2019**

UNITED STATES MAGISTRATE JUDGE